```
BENJAMIN B. WAGNER
U.S. Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　　Plaintiff,　　)<br>　v.　　　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>PATRICK GREGORY BACCARI,　)<br>　　　　　Defendant.　　)<br>_____) | MAG. NO.  11-326-CKD<br><br>MOTION TO DISMISS COMPLAINT<br>AND ORDER |

**MOTION**

HEREBY, the United States moves that this Court enter an order, pursuant to Fed. R. Crim. Pro. 48(a), to dismiss without prejudice the complaint for Unlawful Flight to Avoid Prosecution in the above referenced case, CR No 11-0326-CKD, against defendant BACCARI.

DATED: 10/31/11

```
                                BENJAMIN WAGNER
                                U.S. Attorney
                                /s/Michelle Rodriguez
                            By  _____
                                MICHELLE RODRIGUEZ
                                Assistant U.S. Attorney
```

**ORDER**

The United States' motion to dismiss without prejudice the underlying UFAP complaint in the above referenced case, MAG No 11-326-ckd against defendant BACCARI is GRANTED.

DATED: October 31, 2011.

```
                            _____
                            EDMUND F. BRENNAN
                            UNITED STATES MAGISTRATE JUDGE
```